IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



RAHEEM S. AL-AZIM, *et al.*,

    Plaintiffs,

v.                                                     Civil Action No. 3:14CV339

J. EVERETT, *et al.*,

    Defendants.

## ORDER

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

1. Report and Recommendation (ECF No. 83) is ACCEPTED and ADOPTED;

2. Claims 1(a) and 1(b) are DISMISSED WITH PREJUDICE; and,

3. The action is DISMISSED.

Should Plaintiffs desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the ability to appeal.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to Plaintiffs and counsel of record.

It is so ORDERED.

Date: 3-22-17
Richmond, Virginia

/s/
James R. Spencer
Senior U. S. District Judge